UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 8:14-cr-185-T-23MAP

ANWAR GABER
_____/

**ORDER**

Anwar Gaber moves (Doc. 189) to suppress evidence seized from two warehouses on North 40th Street in Tampa, Florida, and moves (Doc. 203) to suppress evidence seized from three self-storage units on East Adamo Drive in Tampa, Florida. The United States opposes (Doc. 206) the motions. The magistrate judge reports and recommends (Doc. 286) denial of the motions. Gaber objects (Doc. 296) to the report and the recommendation.

After careful consideration of the parties' papers, the magistrate judge's report and recommendation, and the other matters of record, the objection (Doc. 296) is **OVERRULED**, the magistrate judge's report and recommendation (Doc. 286) is **ADOPTED**, and the motions (Docs. 189 and 203) are **DENIED**.

ORDERED in Tampa, Florida, on October 21, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE